UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELEANOR M. TORTOSO,

    Plaintiff,

v.   Case No: 8:13-cv-2703-T-26EAJ

COMMERCIAL RECOVERY SYSTEMS,
INC. and DOE 1-5,

    Defendants.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **COMMERCIAL RECOVERY SYSTEMS, INC.** in Tampa, Florida on the 11th day of December, 2013.

        SHERYL L. LOESCH, CLERK

        s/J. Bowerman, Deputy Clerk

Copies furnished to:

Counsel of Record