UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELEANOR TORTOSO,

    Plaintiff,

v.                                            CASE NO:  8:13-cv-2703-T-26EAJ

COMMERCIAL RECOVERY
SYSTEMS, INC., and DOE 1-5,

    Defendants.
    _____/

## O R D E R

    On December 11, 2013, the Court entered an order at docket 12 granting the Plaintiff's motion for a clerk's default and putting Plaintiff's counsel "on notice of the time requirement imposed by Local Rule 1.07(b) for applying for a final default judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure, failing which this case will be subject to dismissal without notice and without prejudice."  Plaintiff's counsel has failed to heed this notice because the time requirement for seeking a final default judgment under the rule has elapsed.  **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that this case is **dismissed without prejudice**, and the Clerk is directed to **CLOSE** the case.

    **DONE AND ORDERED** at Tampa, Florida, on January 21, 2014.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record